# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00131-CV

**Cassandra Donetta Medrano, Appellant**

**v.**

**Lydia Serna Zapata, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-AG-98-004762, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Counsel for appellant Cassandra Donetta Medrano has filed a motion to suspend the time for filing appellant's brief or, in the alternative, to extend the time for filing appellant's brief. Although counsel has presented what are perhaps reasonable explanations for his extension requests, if viewed in isolation, this is now the sixth motion for extension of time that counsel has filed, and the extensions he has sought now total almost six months. But we will grant one more and ORDER counsel to file appellant's brief no later than February 19, 2013. All other relief requested in the motion is denied, and no further extensions of time will be granted. Failure to file the brief by the deadline shall result in dismissal of this appeal for want of prosecution, unless appellant reasonably explains the failure and appellee is not significantly injured by appellant's failure to timely file a brief. *See* Tex. R. App. P. 38.8(a).

It is ordered on February12, 2013.

Before Justices Puryear, Pemberton and Rose